# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**ED PHILLIPS & SONS CO., et al.,**<br><br>Defendant. | 8:73CV144<br><br>**AMENDED ORDER** |

This matter is before the Court on the Government's Motion to Terminate Legacy Antitrust Judgments, ECF No. 22. The Government moves to terminate the legacy judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. The Government asserts that these judgments no longer serve to protect competition due to the age of the judgments and changed circumstances since their entry. The Court has reviewed the record and concludes the Motion should be granted. The Court's prior order, ECF No. 24, is amended to list the individual named defendants.

IT IS ORDERED:

1. The Motion to Terminate Legacy Antitrust Judgments, ECF No. 22, is granted; and

2. The legacy antitrust judgments entered against Defendants Ed. Phillips & Sons Co.; Central States Theatre Corporation; Center Drive-In Theatre Company; Midwest Drive-In Theatre Company; Frank D. Rubel; Studebaker Corporation; and Champion Papers, Inc., in the above captioned case is hereby terminated.

Dated this 26th day of April 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge